

Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**
      *USA v. Rogelio Baza, 1:15-CR-394*
      *USA v. Milton Minter, 1:15-CR-82*
      *USA v. William Matthews, 1:15-CR-350*

Dear Courtroom Deputy Clerks:

    This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

    July 25 – July 28, 2016

    I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                                                        Sincerely,
                                                          *s/*Saraliene S. Durrett
                                                          Saraliene Smith Durrett

cc:    attorneys of record via ECF

1800 Peachtree Street N.E., Suite 300  Atlanta, GA 30309
**Phone** 404.433.0855    **Web** defendingatl.com    **Email** ssd@defendingatl.com