IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>MAURICE SHULER, ET AL. | Criminal Action No.<br><br>1:15-CR-82-TCB-RGV |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that the United States of America substitutes Assistant U.S. Attorney Dahil D. Goss in place of Assistant U.S. Attorney G. Jeffrey Viscomi as an addition counsel of record for asset forfeiture issues.

                 Respectfully submitted,

                 JOHN A. HORN
                   *United States Attorney*

                 /s/DAHIL D. GOSS
                   *Assistant United States Attorney*
                 Georgia Bar No. 302905
                 dahil.goss@usdoj.gov

600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 1, 2016

/s/ DAHIL D. GOSS

DAHIL D. GOSS

*Assistant United States Attorney*