IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>SHULER ET AL. | Criminal Action No.<br><br>1:15-cr-00082-TCB-LTW |

**Motion for Withdrawal of Counsel**

The United States of America, by Byung J. Pak, United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Withdrawal of Counsel for the following reasons.

1. Assistant United States Attorney Christopher C. Bly filed a notice of appearance in the case on May 27, 2015.
2. Mr. Bly's employment will terminate with the United States Attorney's Office effective November 23, 2018.

The withdrawal of Mr. Bly will not delay or interrupt the orderly operation of the Court as Assistant United States Attorney Stephen H. McClain will remain counsel of record.

Respectfully submitted,

BYUNG J. PAK
   *United States Attorney*

/s/CHRISTOPHER C. BLY
   *Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 8, 2018

/s/ CHRISTOPHER C. BLY

CHRISTOPHER C. BLY

*Assistant United States Attorney*